RUTLAND ET AL. *v.* McINTOSH ET AL.

[83 South 635, In Banc No. 20888.]

EQUITY. *Relief not supported by pleadings, ground for reversal.*

> The supreme court on appeal will reverse a decree of the lower court where the relief granted was not specifically prayed for and should not have been granted under the general prayer, for the reason that it was not supported by any allegation in the bill of complaint.

APPEAL from the chancery court of Smith county.

HON. D. M. RUSSELL, Chancellor.

Bill by H. M. McIntoch and others against Joe Rutland and others. From a decree for complainants, defendants appeal.

The facts are fully stated in the opinion of the court.

*T. J. Wills,* for appellant.

*R. C. Russell* and *Wells, May & Sanders,* for appellee.

SMITH, C. J., delivered the opinion of the court.

The relief granted the appellee, who was the complainant in the court below, was not that specifically prayed for by him in his bill of complaint, and should not have been granted under the general prayer therein for the reason that it is not supported by any allegation in the bill of complaint.

*Reversed and remanded.*